# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: LEVAQUIN PRODUCTS LIABILITY
LITIGATION  MDL No. 1943

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-30)

On June 13, 2008, the Panel transferred 7 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* 560 F.Supp.2d 1384 (J.P.M.L. 2008). Since that time, 117 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the District of Minnesota for the reasons stated in the order of June 13, 2008, and, with the consent of that court, assigned to the Honorable John R Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel.

Nov 15, 2010

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel




IN RE: LEVAQUIN PRODUCTS LIABILITY
LITIGATION                                                          MDL No. 1943

SCHEDULE CTO-30 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** | | |
|---|---|---|---|---|---|
| CALIFORNIA EASTERN | | | | | |
| CAE | 2 | 10-00894 | Foster v. Johnson &Johnson et al | 10-4555 | JRT |
| FLORIDA MIDDLE | | | | | |
| FLM | 8 | 10-02398 | Carter v. Johnson &Johnson et al | 10-4556 | JRT |
| ILLINOIS NORTHERN | | | | | |
| ILN | 1 | 10-06264 | Kessel v. Johnson &Johnson et al | 10-4557 | JRT |
| NEW JERSEY | | | | | |
| NJ | 3 | 10-02120 | HALL et al v. JOHNSON &JOHNSON et al | 10-4558 | JRT |
| SOUTH CAROLINA | | | | | |
| SC | 8 | 10-02650 | Jackson v. Johnson &Johnson Inc et al | 10-4559 | JRT |